IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES LANGLEY, #222 645, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:12-CV-329-WHA |
| | ) | [WO] |
| WARDEN BILLY MITCHEM, *et al*., | ) | |
| | ) | |
| Respondents. | ) | |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

Petitioner filed this 28 U.S.C. § 2254 petition on April 10, 2012. At the time he filed this case, Petitioner was incarcerated at the Limestone Correctional Facility in Harvest, Alabama. On April 12, 2012 the court entered an order granting Petitioner's request for leave to proceed *in forma pauperis*. Petitioner's copy of this order was returned to the court on April 23, 2012 marked as undeliverable because he was no longer at the address he provided to the court when he filed the captioned action. Accordingly, on April 24, 2012 the court entered an order directing Petitioner to provide the court with his present address on or before May 4, 2012. (*Doc. No. 4*.) Petitioner was cautioned that his failure to comply with the court's April 24 order would result in a recommendation that this petition be dismissed. (*Id*.) Petitioner's copy of the court's April 24 order was returned to the court on May 2, 2012 marked as undeliverable.

All parties have an affirmative duty to inform the court of any change of address during the pendency of their cases. As it appears clear that Petitioner is no longer residing

at the most recent service address he provided to the court and that he has not provided this court with a new address for service, the undersigned concludes that dismissal of the petition is appropriate.

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case be DISMISSED without prejudice for Petitioner's failures to prosecute this action and to comply with the orders of this court.

It is further

ORDERED that the parties may file any objections to the Recommendation on or before **June 29, 2012**. Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation to which a party objects. Frivolous, conclusive or general objections will not be considered by the District Court. The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and recommendations in the Magistrate Judge's report shall bar the party from a *de novo* determination by the District Court of issues covered in the report and shall bar the party from attacking on appeal factual findings in the report accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982). *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982). *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981) (*en banc*), adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on

September 30, 1981.

    Done this 15th day of June, 2012.

                                     /s/Charles S. Coody
                          CHARLES S. COODY
                          UNITED STATES MAGISTRATE JUDGE